

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

Re:   *United States v. Laruelle*, 22 Cr. 54 (DLC)

Dear Judge Cote:

    The Government writes to update the Court that the parties anticipate a disposition in this matter and to respectfully request that the Court schedule a change of plea hearing. The parties understand that the Court is available to proceed with a plea hearing on October 19, 2022 at 3:00 p.m. The parties therefore respectfully request that the Court schedule a plea hearing at that time in this matter.

Respectfully submitted,

SO ORDERED

DAMIAN WILLIAMS
United States Attorney

October 13, 2022

/s/ Denise Cote
DENISE COTE
United States District Judge

By: _____/s/_____
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284