UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            - v. -                                                :     CONSENT PRELIMINARY ORDER
                                                                        OF FORFEITURE/
                                                                  :     MONEY JUDGMENT
MARC LARUELLE,                                                    :
                                                                        22 Cr. 54 (DLC)
            Defendant.                                            :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

            WHEREAS, on or about January 26, 2022, MARC LARUELLE (the "Defendant"),

was charged in a one-count Indictment, 22 Cr. 54 (DLC) (the "Indictment"), with narcotics

distribution, in violation of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C),

and 841(b)(2) (Count One);

            WHEREAS, the Indictment included a forfeiture allegation as to Count One of the

Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code,

Section 853, of any and all property constituting, or derived from, any proceeds obtained directly

or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, the offense charged in Count One of the Indictment, including but not limited to a

sum of money in United States currency representing the amount of proceeds traceable to the

offense charged in Count One of the Indictment;

            WHEREAS, on or about October 19, 2022, the Defendant pled guilty to Count One

of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit

to the United States, pursuant to Title 21, United States Code, Section 853, any and all proceeds

traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $168,027 in United States currency representing proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Mitzi S. Steiner, of counsel, and the Defendant and his counsel, Irwin Rochman, Esq., that:

1.   As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $168,027 in United States currency (the "Money Judgment"), representing proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MARC LARUELLE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.   All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          1/23/23
    MITZI S. STEINER                    DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2284


MARC LARUELLE

By: _____          1/25/23
    MARC LARUELLE                       DATE


By: _____          1/24/2023
    IRWIN ROCHMAN, ESQ. GREGORY J RYAN, ESQ   DATE
    Attorney for Defendant
    15 Fisher Lane
    White Plains, NY 10603


SO ORDERED:


_____              _____
HONORABLE DENISE L. COTE               DATE
UNITED STATES DISTRICT JUDGE

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
      MITZI S. STEINER                                    1/23/23
      Assistant United States Attorney              DATE
      One St. Andrew's Plaza
      New York, NY 10007
      (212) 637-2284

MARC LARUELLE

By: _____          _____
      MARC LARUELLE                                  1/25/23
                                                                  DATE

By: _____          _____
      IRWIN ROCHMAN, ESQ.  Gregory J Ryan Esq          1/24/2023
      Attorney for Defendant                            DATE
      15 Fisher Lane
      White Plains, NY 10603

SO ORDERED:

_____                  _____
HONORABLE DENISE L. COTE                    DATE
UNITED STATES DISTRICT JUDGE
          January 26, 2023